JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HETZEL, | Case No. 2:22-cv-2516-CJC (MAR) |
| Petitioner, | JUDGMENT |
| v. | |
| BRIAN CATES, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: July 25, 2022

_____
HONORABLE CORMAC J. CARNEY
United States District Judge